# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 2:10-cr-281-KJD-PAL |
| vs | **ORDER** |
| LINDA MARIE KOT, et al. | |
| Defendants. | |

Upon consideration of the Government's Motion to Dismiss as to LINDA MARIE KOT and MICHAEL BLAIR, it is hereby

**ORDERED AND ADJUDGED** that the Government's Motion to Dismiss as to LINDA MARIE KOT and MICHAEL BLAIR is

**GRANTED.**

DATED this __23__ day of September, 2011.

_____
KENT J. DAWSON
United States District Judge